**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISA LARINA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; UR M. JADDOU, in her official capacity as Secretary of the Director of the United States Citizenship and Immigration Services (USCIS); and DAVID RADEL, in his official capacity as Director of the New York Asylum Office of USCIS,<br><br>  Defendant. | Case No. 8:24-cv-01348-MCS-JC<br><br>**JUDGMENT** |

1

1    Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and
2    decreed that this case is dismissed without prejudice. Plaintiff Larisa Larina shall take
3    nothing from this action.

5    **IT IS SO ORDERED.**

7     Dated: September 16, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE